UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------
UNITED STATES OF AMERICA



v.                                          NOTICE OF APPEARANCE

                                            07 Cr. 1168 (LBS)

ANTONIO PADILLA-PARRA
---------------------------------


PLEASE TAKE NOTICE THAT:

Barry Deonarine, Esq.                Edward Abramson, Esq.
225 Broadway, Suite 2100             Airport Executive Tower II
New York, NY 10007                   7270 N.W. 12th St., Suite 580
(212) 608-2000                       Miami, FL. 33126
                                     (305) 594-4999


have been retained as Counsel for the Defendant in the above-
referenced criminal proceeding.



Dated: New York, New York
January 8, 2008


                                            _____
                                            Barry Deonarine