SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA           Plaintiff,

                                                    7 cr 1168 (LBS)

- against -

ANTONIO PADILLA-PARRA   Defendant.

ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION

Upon the oral motion of __Barry Deonarine__ attorney for __Antonio Padilla Parra__ and said sponsor attorney's affidavit declaration that applicant __Edward Abramson__ is a member in good standing of the bar(s) of the state(s) of __Florida and New Jersey__;

and that applicant's contact information is as follows (please print):

Applicant's Name: Edward Abramson
Firm Name: Law Office of Edward Abramson
Address: 7270 Northwest 12th Street
City/State/Zip: Suite 580, Miami, FL 33126
Telephone/Fax: (305) 594-4999
Email Address: abramson@immigrationrus.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __Antonio Padilla Parra__ in the above entitled action;

**IT IS HEREBY ORDERED** that __Edward Abramson__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 1/22/08
City, State: N.Y., N.Y.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $       SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------
UNITED STATES OF AMERICA

v.                                                              07 Cr. 1168 (LBS)


ANTONIO PADILLA-PARRA
-----------------------------------------------

### AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Barry Deonarine, an attorney in good standing in New York State and in the Southern District of New York,
being duly sworn, deposes and says:

1. I have known Edward Abramson since 2004.

2. Mr. Abramson is an experienced attorney with his own pratice in Miami, Florida.

3. I have found Mr. Abramson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Criminal Procedure.

4. Accordingly, I am pleased to move the admission of Edward Abramson, pro hac vice.

5. I respectfully submit a proposed order granting the admission, pro hac vice, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit Edward Abramson, pro hac vice, to represent defendant in the above-captioned matter be granted.

Dated: January 18, 2008
New York, New York

                                        Respectfully submitted,

                                        _____
                                        Barry Deonarine (BD 4633)


_____
Notary Public

                    ... GODMAN
            ...ary Public, State of New York
                 ...02...05038878
             ...ed in New York County
             ...ssion Expires June 25, 2007



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida    )

County of Leon    )

In Re: 795739
Edward Joel Abramson
Airport Executive Tower #2
7270 N.W. 12th St., Ste. 580
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on May 12, 1989.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 9th day of January, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smtw9/R10

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **EDWARD J ABRAMSON** (No. **004641989**) was constituted and appointed an Attorney at Law of New Jersey on **June 01, 1989** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **9TH** day of **January**, 20 **08**

Clerk of the Supreme Court

-453a-