UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (Foley Square)
CRIMINAL DOCKET FOR CASE #: 1:07-cr-01168-LBS-1

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | * |
| | *   NOTICE OF CHANGE OF PLEA |
| ANTONIO PADILLA PARRA | * |
| _____/ | |

   PLEASE TAKE NOTICE that the Defendant, ANTONIO PADILLA PARRA, by and through his undersigned counsel enters his Change of Plea to Guilty pursuant to Federal Rules of Criminal Procedures.

   DATED this 10TH day of March, 2008.

                         Respectfully submitted,

                         EDWARD J. ABRAMSON, P.A.
                         Attorney for Defendant Padilla Parra
                         7270 N.W. 12TH AVENUE, SUITE 580
                         MIAMI, FLORIDA   33126
                         TEL: (305) 594-4999
                         FAX: (305) 594-0043

                         BY:   /s/ Edward J. Abramson
                              EDWARD J. ABRAMSON, ESQ.
                              Fla. Bar No: 795739

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/EC. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

BY:  /s/ Edward J. Abramson
EDWARD J. ABRAMSON, ESQ.
Fla. Bar No.: 795739

## SERVICE LIST

United States of America v. Antonio Padilla Parra
Case No. 1:07-cr-01168-LBS-1
United States District Court, Southern District of New York (Foley Square)

Parvin Daphne Moyne
U.S. Attorney's Office
SDNY (St Andw's)
One Saint Andrew's Plaza
New York, NY  10007
(212) 637-1205
Fax:  (212) 637-2527
Email:  Parvin.moyne@usdoj.gov

Avi Weitzman
United States Attorney
SDNY (St. Andw's)
One Saint Andrew's Plaza
New York, NY 10007
(212) 637-2510
Fax:  (212) 637-2527
Email:  avi.weitzman@usdoj.gov

Barry Dominic Deonarine
Law Office of Barry Deonarine
225 Broadway, Suite 10007
New York, NY  10007
(212) 608-2000
Fax:  (212) 608-2000
Email:  bardaree@aol.com

David E. Patton
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY  10007
(212) 417-8762
Fax:  (212) 571-0392
Email:  david_patton@fd.org