```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA              :
                                             ORDER
          -v.-                        :
                                             S1 07 Cr. 1168 (LBS)
JOSE M. HERNANDEZ,                    :
     a/k/a "Chepe,"
ANTONIO PADILLA-PARRA, and            :
FRANKLIN PAYANO,
     a/k/a "Findingo,"                :

               Defendants.            :

- - - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Parvin Moyne;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       April  1 , 2008

_____
UNITED STATE MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK