UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    x
UNITED STATES OF AMERICA            x      ORDER
                                    x
            -v-                     x
                                    x      DOCKET #
                                    x
                                    x
ANTONIO PADILLA-PARRA                x      07 Crim 1168-01 (LBS)
                                    x
------------------------------------x
```

LEONARD B. SAND        , DISTRICT JUDGE:

The C.J.A. attorney assigned to receive cases on this day, Joseph A. Grob is hereby ordered to assume representation of the defendant in the above captioned matter. For the purpose of advising him as to issues concerning potential conflicts of his present attorney.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-08